# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX GEORGE PEROS, | CASE NO.   1:10-cv-2376-OWW-MJS |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| NUTRIBIOTIC, et al., | (ECF No. 3) |
| Defendants. | |

Plaintiff Alex George Peros ("Plaintiff") is proceeding pro se in this action. Plaintiff filed a Motion to Proceed in forma pauperis pursuant to 28 U.S.C. § 1915 on December 21, 2010. (ECF No. 3.) The Court has reviewed the Motion and finds that Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees. Plaintiff's Motion to Proceed in forma pauperis is therefore GRANTED.

IT IS SO ORDERED.

Dated:   March 18, 2011          /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE